IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:  3:09-CR-005-K (01) |
| | ) | |
| BRYANT WHITHEAD | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

BRYANT WHITEHEAD,  by consent, under authority of United States v. Dees, 125 F.3d

261 (5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered a plea

of guilty to the **One Count Indictment** filed on January 6,  2009.  After cautioning and examining

the Defendant  under oath concerning each of the subjects mentioned in Rule 11,  I determined that

the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an

independent basis in fact containing each of the essential elements of such offense.  I therefore

recommend that the plea of guilty ~~and plea agreement~~ be accepted and that Defendant be adjudged

guilty and have sentence imposed accordingly.

**Date:  March 24, 2009**

PAUL  D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).